IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MATTHEW WONDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-410-CVE-FHM |
| | ) |
| 1) FOREMOST INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Matthew Wonders and Defendant, Foremost Insurance Company and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter. Further, Plaintiff, Matthew Wonders and Defendant, Foremost Insurance Company stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff, Matthew Wonders and Defendant, Foremost Insurance Company respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 25th day of January, 2013.

BY: /s Timothy Clancy
\*I certify that I have the signed original of this documents, which is available for inspection at any time by the Court or a party to this action.)
Timothy P. Clancy, OBA No. 14199
Neal E. Stauffer, OBA No. 13168
Jody R. Nathan, OBA No. 11685
Stauffer & Nathan, P.C.
P.O. Box 702860
Tulsa, OK 74170
Telephone: (918) 592-7070
Facsimile: (918) 592-7071
*Attorneys for Plaintiff*

/s Sheila R. Benson
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
GIVENS LAW FIRM
136 N.W. 10th Street, Suite 100
Oklahoma City, OK  73103
Telephone:    (405) 604-6880
Facsimile:    (405) 604-6998
Email:        sbenson@givenslaw.net
*Attorneys for Defendant,*
*Foremost Insurance Company*